3661/HD396 JPS/BSP                                                Firm No. 08079

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY AMATO, | ) | FILED: JUNE 6, 2008 |
| | ) | 08CV3298 |
| *Plaintiff,* | ) | JUDGE GRADY |
| | ) | MAGISTRATE JUDGE NOLAN |
| vs. | ) No. | NF |
| | ) | |
| HOME DEPOT USA, INC., a/k/a EXPO DESIGN | ) | |
| CENTER, a/k/a THE HOME DEPOT, a/k/a | ) | |
| CREATIVE TOUCH INTERIORS INC., a/k/a | ) | |
| THE HOME DEPOT SUPPLY BUILDER | ) | |
| SOLUTIONS, INC., | ) | |
| | ) | |
| *Defendants.* | ) | |

### NOTICE OF FILING

**TO:** Michael J. Goldberg
**WHITING LAW GROUP, LTD.**
One East Wacker Drive – Suite 2300
Chicago, Illinois 60601

PLEASE TAKE NOTICE that on **June 6, 2008**, we electronically filed with the United States District Court for the Northern District of Illinois – Eastern Division, ***Defendant's Notice of Removal, Civil Cover Sheet, and Appearance,*** copies of which are attached hereto.

                            By:  /s/ Jonathan P. Schaefer
                                 Jonathan P. Schaefer

PURCELL & WARDROPE, CHTD.
10 South LaSalle Street, Suite 1200
Chicago, Illinois 60603
(312) 427-3900
F:\JPS\3661- Amato\Pleadings\NOF003 (Fed Ct).doc

### CERTIFICATE OF SERVICE

I, Amy J. Kobel, a non-attorney, pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, certify that I mailed copies of this Notice and the foregoing referenced documents to the attorneys of record on June 6, 2008.

                            /s/ Amy J. Kobel
                            Amy J. Kobel