# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

ANTHONY AMATO
V.
HOME DEPOT USA, INC, a/k/a EXPO DESIGN CENTER a/k/a THE HOME DEPOT, a/k/a CREATIVE TOUCH INTERIORS INC., a/k/a THE HOME DEPOT SUPPLY

Case Number:
FILED: JUNE 6, 2008
08CV3298
JUDGE GRADY
MAGISTRATE JUDGE NOLAN
NF

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HOME DEPOT USA, INC.

| NAME (Type or print) |
| --- |
| Jonathan P. Schaefer |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Jonathan P. Schaefer |

| FIRM |
| --- |
| Purcell & Wardrope, Chtd. |

| STREET ADDRESS |
| --- |
| 10 South LaSalle Street, Suite 1200 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6183649 | (312) 427-3900 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |