# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of   AMATO
v.
HOME DEPOT USA, INC.

Case Number: 08 CV 3298

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF, ANTHONY AMATO

| | |
|---|---|
| NAME (Type or print) | MICHAEL J. GOLDBERG |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ |
| FIRM | WHITING LAW GROUP, LTD. |
| STREET ADDRESS | ONE EAST WACKER DRIVE, SUITE 2300 |
| CITY/STATE/ZIP | CHICAGO / IL / 60601 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6277542 | 312-372-1655 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ✓  NO ☐
ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ✓
ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ✓  NO ☐
IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ✓  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐